United States District Court
Southern District of Texas
**ENTERED**
May 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **RUBEN MACIAS SANTOS**, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-543** |
| | § | |
| **WARDEN,** Port Isabel Detention | § | |
| Center, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's "Notice of Voluntary Dismissal without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)". Dkt. No. 4. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner's claims against Respondents are **DISMISSED WITHOUT PREJUDICE**. The parties will bear their own attorney's fees, expenses, and costs of the Court.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**SIGNED** on this **19th** day of **May, 2026**, at Brownsville, Texas.

Ignacio Torteya, III
United States Magistrate Judge